UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

RICHARD WASHINGTON III,

                Plaintiff,

      -v-

JOMAX LLC d/b/a JOMAX RECOVERY SERVICE,
and JODI L. SMITH,

              Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/12/2026__

25-cv-10496 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has before it the motion of Plaintiff Richard Washington III for temporary injunctive relief pursuant to Federal Rule of Civil Procedure 65. Dkt. No. 14. The Court is prepared to consider that motion on the papers, including Plaintiff's declaration submitted on December 26, 2025, Dkt. No. 15, and the declarations of Jodi L. Smith and Patti Drinville submitted on January 9, 2026, Dkt. Nos. 19-4, 19-5. The parties shall submit to the Court no later than January 15, 2025, at 5:00 PM, any additional evidence that they wish it to consider.

      SO ORDERED.

Dated: January 12, 2026
      New York, New York

                             LEWIS J. LIMAN
                      United States District Judge