USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD WASHINGTON III,

Plaintiff,

-v-

JOMAX LLC d/b/a JOMAX RECOVERY SERVICE, and JODI L. SMITH,

Defendants.

25-cv-10496 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff's motion to file a memorandum of law in opposition to the motion to dismiss out of time is granted for good cause and the memorandum at Dkt. No. 34-1 is deemed filed as of the date of this order. Defendants shall have until September 10, 2026 to file a reply memorandum of law in further support of the motion. The request to withdraw the arguments at Dkt. Nos. 27 and 29 is granted and the motion to disregard such filings is thus deemed moot.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 34 and 35.

SO ORDERED.

Dated: August 13, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge