**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

RICHARD WASHINGTON III,

Plaintiff,

-against-

25 **CIVIL** 10496 (LJL)

# JUDGMENT

JOMAX, LLC d/b/a JOMAX RECOVERY SERVICE and JODI L. SMITH,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2026, Plaintiff's Amended Complaint is dismissed with prejudice. Judgment is entered for Defendants.

**Dated:** New York, New York

September 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**